**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato (SBN 319767)
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071
Telephone: (213) 612-7735
Facsimile: (212) 214-0506
Email: fortunato@bespc.com

*Co-Lead Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SNAP INC. DERIVATIVE LITIGATION | Lead Case No. 2:22-cv-01348-GW (RAOx) |
| This Document Relates to:<br>ALL ACTIONS | **JOINT STATUS REPORT**<br><br>Action Filed: February 28, 2022 |

Plaintiffs Mark Speer and Tim Dodds (together, "Plaintiffs") and Defendants Evan Spiegel, Robert Murphy, Derek Andersen, Jeremi Gorman, Rebecca Morrow, Michael Lynton, Kelly Coffey, Joanna Coles, Liz Jenkins, Stanley Meresman, Scott D. Miller, Poppy Thorpe, and Alan George "A.G." Lafley, and Snap, Inc. ("Defendants") (collectively with Plaintiffs, the "Parties"), by and through their respective counsel of record hereby provide the following joint status report:

On June 3, 2022, the Parties filed a Joint Stipulation to Stay Proceedings in *In Re Snap Inc. Derivative Litig.*, Lead Case No. 2:22-cv-01348-GW (RAOx) (the "Derivative Litigation") (ECF No. 25).

On June 13, 2022, the Court ordered that the Derivative Litigation be stayed "until such time as the Court issues its ruling on the motion to dismiss in the security class

action," *Kellie Black v. Snap Inc., et al.*, CV 21-8892-GW (RAOx) (the "Class Action Litigation") (ECF No. 31).

On September 26, 2023, the Court entered its Final Ruling on Defendants' Motion to Dismiss the Third Amended Complaint in the Class Action Litigation, granting the motion with leave to file an amended complaint (Class Action Litigation, ECF No. 135).

On October 27, 2023, lead plaintiff in the Class Action Litigation filed its Notice of Intent Not to Amend Complaint (*Id.*, ECF No. 137) and on October 30, 2023, the Court entered its Final Judgment dismissing the Third Amended Complaint with prejudice (*Id.*, ECF No. 138).

On November 28, 2023, lead plaintiff in the Class Action Litigation filed a Notice of Appeal (*Id.*, ECF No. 139).

On December 15, 2023, the parties in the Derivative Litigation filed a joint stipulation asking the Court to enter an order that all proceedings in the Derivative Litigation "shall remain stayed pending final resolution of the [Class Action Litigation] Appeal." (Derivative Litigation, ECF No. 46).

On December 18, 2023, the Court ordered that all proceedings in the Derivative Litigation "shall remain stayed pending final resolution of the [Class Action Litigation] Appeal." (*Id.*, ECF No. 47). The Court also set a status conference for October 3, 2024 at 8:30 a.m. and ordered the parties to submit a joint report by September 30, 2024. (*Id.*).

Since the Court's December 18, 2023 order, the Class Action Litigation Appeal has been fully briefed and is scheduled for oral argument on December 5, 2024 (*Oklahoma Firefighters Pension and Retirement System v. Snap Inc., et al.*, No. 23-3932 (9th Cir.), ECF No. 48). The stay of this action therefore remains in effect.

Given the proceedings in the Class Action Litigation Appeal, the parties respectfully request that the status conference currently set for October 3, 2024, at 8:30 a.m. be taken off calendar.

Respectfully Submitted By:

DATED: September 26, 2024          **BRAGAR EAGEL & SQUIRE, P.C.**

/s/ *Melissa A. Fortunato*
Melissa A. Fortunato (SBN 319767)
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071
Telephone: (213) 612-7735
Facsimile: (212) 214-0506
Email: fortunato@bespc.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs*

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, SBN 219683
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Additional Counsel for Plaintiff Tim Dodds*

DATED: September 26, 2024

**BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.**

<u>/s/ *Ekwan E. Rhow*</u>
Ekwan E. Rhow - State Bar No. 174604
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110
Emails: erhow@birdmarella.com
        akaslow@birdmarella.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Daniel J. Kramer
Audra J. Soloway
Kristina A. Bunting
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Emails: dkramer@paulweiss.com
        asoloway@paulweiss.com
        kbunting@paulweiss.com

*Counsel for Defendants*